Decided October 30, 2008

## STATE OF CONNECTICUT *v.* STEPHEN TUNICK

The defendant's petition for certification for appeal from the Appellate Court, 109 Conn. App. 611 (AC 28461), is granted, limited to the following issue:

"Did the Appellate Court improperly affirm the defendant's conviction, without first remanding the case to the trial court for a hearing on the question of whether the trial judge had actively participated in pretrial negotiations?"

NORCOTT, J., did not participate in the consideration of or decision on this petition.

The Supreme Court docket number is SC 18262.

*Richard Emanuel,* in support of the petition.

*Ronald G. Weller,* senior assistant state's attorney, in opposition.

Decided October 30, 2008